Wykoff SP, LLC v Cousin Katia Prods., LLC (2021 NY Slip Op 50327(U))

[*1]

Wykoff SP, LLC v Cousin Katia Prods., LLC

2021 NY Slip Op 50327(U) [71 Misc 3d 132(A)]

Decided on April 16, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 16, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019-972 K C

Wykoff SP, LLC, Respondent,
against
Cousin Katia Productions, LLC, and Kristine Malden, Appellants.

Law Offices of Fred L Seeman (Fred L. Seeman and Peter Kirwin of counsel), for appellants.
Kucker, Marino, Winiarsky & Bittens, LLP (Jason M. Frosch of counsel), for respondent.

Appeal from a final judgment of the Civil Court of the City of New York, Kings County
(Bruce E. Scheckowitz, J.), entered June 4, 2019. The final judgment, entered pursuant to an
order of that court dated May 17, 2019 granting landlord's motion for summary judgment,
awarded landlord possession in a holdover summary proceeding.

ORDERED that the final judgment is reversed, without costs, the order granting landlord's
motion for summary judgment is vacated, and the motion is denied.
In this holdover proceeding commenced in April 2018, landlord alleges that the premises are
not subject to rent stabilization, either by virtue of the Emergency Tenant Protection Act of 1974
(ETPA) (McKinney's Uncons Laws of NY § 8621 et seq. [L 1974, ch 576, § 4, as
amended]) or Multiple Dwelling Law art 7-C (the Loft Law). By order dated May 17, 2019, the
Civil Court granted landlord's motion for summary judgment, relying upon a related declaratory
judgment action in Supreme Court, Kings County, Malden v R.P.S. Properties, LLC,
index No. 510054/17 in which, by order dated December 24, 2018, the Supreme Court, insofar as
is relevant here, declared that the subject building is not subject to and covered by the Rent
Stabilization Law by virtue of the ETPA. A final judgment was entered on June 4, 2019. On
March 24, 2021, the Appellate Division modified the Supreme Court's December 24, 2018 order
by, insofar as is relevant here, deleting the provision thereof declaring that the subject building is
not subject to and covered under the RSL by virtue of the ETPA, relying, in part, on a June 25,
2019 amendment to the Loft Law (Malden v Wykoff S.P., LLC, — AD3d
&mdash, 2021 NY Slip Op 01761 [2d Dept 2021]).
For the reasons stated in Wykoff SP, LLC v Bennett (— Misc 3d &mdash,
2021 NY Slip Op — [*2][appeal No. 2019-970 K C],
decided herewith), the final judgment is reversed, the order granting landlord's motion for
summary judgment is vacated, and the motion is denied.
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 16, 2021